ARISTODEMO CHAO, Individually and as Parent and Natural Guardian of MARY E. CHAO, an Infant, Appellant, v. WESTHILL CENTRAL SCHOOL DISTRICT et al., Respondents.—

Present — Del Vecchio, J. P., Witmer, Moule, Bastow and Henry, JJ.